IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TRENA FORD**                                                                                                    **PLAINTIFF**

v.                                      Case No. 4:21-CV-00443-LPR

**PINE BLUFF SCHOOL DISTRICT**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that Ms. Ford's Complaint is DISMISSED with prejudice.

IT IS SO ADJUDGED this 10th day of February 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE